DAYLE ELIESON
United States Attorney
District of Nevada

SHARON LAHEY
California State Bar No. 263027
Assistant Regional Counsel
U.S. Social Security Administration
160 Spear Street, Suite 800
San Francisco, California 94105
Phone: (415) 977-8963
Facsimile: (415) 744-0134
Sharon.Lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| JIM O. MCKENZIE, JR.<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 2:17-cv-02752-RFB-CWH<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME**<br><br>**(First Request)** |

NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security ("Defendant" or the "Commissioner"), hereby moves this Honorable Court to grant her unopposed motion for a 30-day extension of time to file her response to Jim O. McKenzie, Jr.'s (Plaintiff), Motion to Remand to Social Security Administration (the "Motion") (Docket Number 15). The original deadline was March 19, 2018, and the new deadline would be April 18, 2018. The Commissioner requests this additional time because she is in the process of considering the voluntary remand of the above-captioned matter without further briefing by the parties. The undersigned counsel apologizes for the untimeliness of this request and

understands the inconvenience to the Court and to Plaintiff.  Counsel inadvertently mis-calendared the Commissioner's deadline to respond to the Motion.  Counsel filed four cross-motions for summary judgment during the week of March 19, 2018, including two cross-motions on the same date her cross-motion was due in the above-captioned matter.  As a result, she did not discover her oversight prior to the deadline.  Plaintiff's counsel has stated that Plaintiff does not oppose the Commissioner's request for additional time.  The Commissioner further respectfully requests that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

Dated: March 27, 2018

DAYLE ELIESON
United States Attorney

By: ___/s/ Sharon Lahey___
SHARON LAHEY
Assistant Regional Counsel

## **ORDER**

Pursuant to Defendant's motion and the parties' agreement, IT IS SO ORDERED.  Defendant shall file her response to Plaintiff's Motion to Remand to Social Security Administration on or before April 18, 2018.  All other deadlines are modified accordingly.

Dated: March 28, 2018

_____
HON. CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DAYLE ELIESON
United States Attorney
District of Nevada

SHARON LAHEY
Assistant Regional Counsel
U.S. Social Security Administration
California State Bar No. 263027
160 Spear Street, Suite 800
San Francisco, California 94105
Phone: (415) 977-8963
Facsimile: (415) 744-0134
Sharon.Lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| JIM O. MCKENZIE, JR., <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, <br><br> Defendant. | Case No. 2:17-cv-02752-RFB-CWH <br><br> **CERTIFICATE OF SERVICE** |

I, Sharon Lahey, Assistant Regional Counsel, hereby certify that the following individual was served a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME** on March 27, 2018 via CM/ECF:

| | |
|---|---|
| Richard A Harris, Esq. <br> Richard Harris Law Firm <br> 801 South Fourth Street <br> Las Vegas, NV 89101 <br> Email: katie@richardharrislaw.com | Joshua R Harris, Esq. <br> Richard Harris Law Firm <br> 801 South Fourth Street <br> Las Vegas, NV 89101 <br> Email: josh@richardharrislaw.com |

Dated this 27th day of March, 2018

*/s/ Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel